LATHAM & WATKINS LLP
  Matthew Rawlinson, Bar No. 231890
  matt.rawlinson@lw.com
  Ming M. Zhu, Bar No. 291364
  ming.zhu@lw.com
140 Scott Drive
Menlo Park, California  94025-1008
Telephone: +1.650.328.4600
Facsimile: +1.650.436.2600

*Attorneys for Defendant*
*SYMMETRICOM, INC.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD S. GLASSEY<br><br>and<br><br>MICHAEL E. MCNEIL,<br><br>  Plaintiffs,<br><br>  v.<br><br>SYMMETRICOM, INC.,<br><br>  Defendant. | CASE NO. 3:13-cv-04662 (NC)<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE  AS MODIFIED.<br><br>Judge: The Honorable Nathanael Cousins<br>Date: January 8, 2014<br>Time: 10:00 AM<br>Dept: Courtroom A, 15th Floor |

WHEREAS, on October 7, 2013, Todd S. Glassey and Michael E. McNeil ("Plaintiffs") filed the above-captioned complaint in this Court;

WHEREAS, on October 8, 2013, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines setting the initial case management conference for January 8, 2014 at 10:00 AM (Dkt. No. 5);

WHEREAS, on October 31, 2013, Symmetricom, Inc. ("Symmetricom"), agreed to waive service of summons and complaint in this case, and acknowledged that its answer or motion under Rule 12 must be filed within 60 days from October 31, 2013;

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

Case No.: 3:13-cv-04662 (NC)
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

1   WHEREAS, Symmetricom intends to file a motion to dismiss all claims against it
2   on or before December 30, 2013;

3   WHEREAS, the interests of judicial economy and efficiency would best be served
4   by postponing the case management conference until after the Court rules upon Symmetricom's
5   forthcoming motion to dismiss;

6

7   IT IS THEREFORE STIPULATED AND AGREED, by and among the parties
8   and their respective counsel of record, that:

9   1.   The case management conference in this matter currently scheduled for
         to February 12, 2014 at 10:00 a.m.
10       January 8, 2014 be continued ~~until after the Court has ruled upon~~
11       ~~Symmetricom's forthcoming motion to dismiss~~.
12  2.   All other deadlines set forth in the Court's Order Setting Initial Case
13       Management Conference and ADR Deadlines be continued accordingly.

14

15

16  Dated:  December 13, 2013                       Respectfully submitted,

17                                                  LATHAM & WATKINS, LLP

18                                                  By:   /s/ *Matthew Rawlinson*

19                                                  Matthew Rawlinson, Bar No. 231890
20                                                  Ming M. Zhu, Bar. No. 291364
                                                    140 Scott Dr.
21                                                  Menlo Park, CA 94025
                                                    Telephone: +1.650.328.4600
22                                                  Facsimile: +1.650.436.2600

23                                                  *Attorneys for Defendant*
                                                    *SYMMETRICOM, INC.*
24

25

26

27

28

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2   Case No.: 3:13-cv-04662 (NC)
    STIPULATION AND [~~PROPOSED~~] ORDER TO
    CONTINUE CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| Dated: December 13, 2013 | ROSS BABBITT CO LPA |
| | By:   /s/ *Ross Babbitt* |
| | Ross Babbitt (*pro hac vice*) |
| | 700 West St. Clair Avenue |
| | Hoyt Block, Suite 200 |
| | Cleveland, OH 44113 |
| | Telephone: (216) 623-6346 |
| | Facsimile: (216) 274-9683 |
| | |
| | MAHANY & ERTL |
| | Brian Howard Mahany (*pro hac vice*) |
| | P.O. Box 511328 |
| | Milwaukee, WI 53202 |
| | |
| | STEBURG LAW FIRM |
| | Anita L. Steburg, Bar No. 245933 |
| | 1798 Technology Drive, Suite 258 |
| | San Jose, CA 95110 |
| | |
| | *Attorneys for Plaintiffs TODD S. GLASSEY and MICHAEL E. MCNEIL.* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:   December 16   , 2013

_____
The Honorable Nathanael Cousins
Magistrate Judge

*[Stamp: IT IS SO ORDERED AS MODIFIED — Judge Nathanael M. Cousins — UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3   Case No.: 3:13-cv-04662 (NC)
STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT CONFERENCE

**ELECTRONIC CASE FILING ATTESTATION**

Pursuant to Local Rule 5-1 of the Northern District of California, I hereby attest that concurrence in the filing of this document has been obtained from the other signatories.

Dated:  December 13, 2013                    LATHAM & WATKINS, LLP

                                             By:   */s/ Matthew Rawlinson*

                                             Matthew Rawlinson
                                             *Attorney for Defendant*
                                             *SYMMETRICOM, INC.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4    Case No.: 3:13-cv-04662 (NC)
     STIPULATION AND [PROPOSED] ORDER TO
     CONTINUE CASE MANAGEMENT CONFERENCE