LEE TRAN LIANG & WANG LLP
Enoch H. Liang (SBN 212324)
enoch.liang@ltlattorneys.com
Heather F. Auyang (SBN 191776)
heather.auyang@ltlw.com
Lisa J. Chin (SBN 259793)
lisa.chin@ltlattorneys.com
601 South Gateway Blvd., Suite 1010
South San Francisco, CA 94080
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

Attorneys for Defendant Symmetricom, Inc.

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GLASSEY ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>SYMMETRICOM, INC.,<br><br>Defendant(S). | Case No. 3:13-cv-04662 (NC)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PURSUANT TO L.R. 6-1(b)**<br><br>Judge: The Honorable Nathanael Cousins<br>Date: February 12, 2014<br>Time: 10:00 AM<br>Dept: Courtroom A, 15th Floor |

WHEREAS, on October 7, 3013, Todd S. Glassey and Michael F. McNeil ("Plaintiffs") filed the above-captioned complaint in this Court ("Complaint");

WHEREAS, on October 8, 2013, the Court issued an Order Setting Initial Case Management and ADR Deadlines setting the initial case management conference for January 8, 2014 at 10:00 AM (Dkt. No. 5);

1

WHEREAS, on October 31, 2013, Defendant Symmetricom, Inc. ("Symmetricom") and Plaintiffs (together, "the Parties") agreed that Symmetricom's answer or motion under Rule 12 must be filed by December 30, 2013;

WHEREAS, Symmetricom agreed to file a motion to dismiss all claims against it on or before December 30, 2013;

WHEREAS, on December 13, 2013, the Parties filed a Stipulation and Proposed Order to postpone the January 8, 2014 initial case management conference and a continuance of the ADR Deadlines (Dkt. No. 15) in view of Symmetricom's forthcoming motion to dismiss;

WHEREAS, on December 16, 2013, the Court entered an Order modifying the date of the initial case management conference to February 12, 2014 at 10:00 AM and granted a continuance of the ADR Deadlines (Dkt. No. 16);

WHEREAS, on or around December 20, 2013, Symmetricom retained new counsel from the firm of Lee Tran Liang & Wang LLP (Notices of Appearances filed concurrently with this Stipulation and Proposed Order);

WHEREAS, Symmetricom's new counsel requires an extension of time in order to review the case file;

WHEREAS, the Parties agree to a 30-day extension for Symmetricom to file a responsive pleading to the Complaint on or before January 29, 2014;

WHEREAS, the interests of judicial economy and efficiency would best be served by postponing the initial case management conference and ADR Deadlines until after the Court rules upon Symmetricom's forthcoming responsive pleading;

IT IS THEREFORE STIPULATED AND AGREED, by and among the Parties and their respective counsel of record, that:

1. Symetricom shall file its responsive pleading to the Complaint

1  on or before January 29, 2014;

2. The initial case management conference in this matter currently scheduled for February 12, 2014 at 10:00 AM shall be continued until a date set by the Court;

3. All other deadlines set forth in the Court' Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

Dated: December 24, 2013              **LEE TRAN LIANG & WANG LLP**

By:  /s/ Enoch H. Liang
Enoch H. Liang, Bar No. 212324
Heather F. Auyang, Bar, No. 191776
Lisa J. Chin, Bar No. 259793
601 South Gateway Blvd., Suite 1010
South San Francisco, CA 94080
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

*Attorneys for Defendant
SYMMETRICOM, INC.*

Dated: December 24, 2013              **ROSS BABBITT CO LPA**

By:  /s/ Ross Babbitt
Ross Babbitt (*pro hac vice*)
700 West St. Clair Avenue
Hoyt Block, Suite 200
Cleveland, OH 44113
Telephone: (216) 623-6346
Facsimile: (216) 274-9683

MAHANY & ERTL
Brian Howard Mahany (*pro hac vice*)
P.O. Box 511328

3

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE MANAGEMENT
CONFERENCE
Case No. 3:13-cv-04662 (NC)

|   |   |
|---|---|
| 1 | Milwaukee, WI 53202 |
| 2 | STEBURG LAW FIRM |
|   | Anita L. Steburg, Bar No. 245933 |
| 3 | 1798 Technology Drive, Suite 258 |
|   | San Jose, CA 95110 |
| 4 |   |
| 5 | *Attorneys for Plaintiffs TODD S. GLASSEY and MICHAEL E. MCNEIL* |

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Case Management Conference is continued to March 12, 2014 at 3:00 p.m. Joint case management statement due March 5.

Dated: _____December 26_____, 2013   _____
The Honorable Nathanael Cousins
Magistrate Judge

**GRANTED**
*[signature]*
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4