```
ROSS M. BABBITT CO., LPA
Ross M. Babbitt (admitted pro hac vice)
  rbabbitt@babbitt-lawfirm.com
700 W. St. Clair Avenue, Suite 200
Cleveland, Ohio  44113
Telephone: (216) 623-6346

MAHANY & ERTL
Brain H. Mahany (admitted pro hac vice)
  brian@mahanyertl.com
P.O. Box 511328
Milwuakee, Wisconsin  53203
Telephone: (414) 223-0464

Attorneys for Plaintiffs Todd S. Glassey
and Michael E. McNeil
```

# UNITED STATES DISTRICT COURT

# FOR NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GLASSEY ET AL,<br><br>Plaintiff(s),<br><br>v.<br><br>SYMMETRICOM, INC.,<br><br>Defendant(S). | Case No. 3:13-cv-04662 (NC)<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINE FOR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND TO CONTINUE CASE MANAGEMENT CONFERENCE AND ADR DEADLINES PURSUANT TO L.R. 6-1(b)**<br><br>Judge:  The Honorable Nathanael Cousins<br>Date:   March 12, 2014<br>Time:   3:00 PM<br>Dept:   Courtroom A, 15th Floor |

WHEREAS, on October 7, 3013, Todd S. Glassey and Michael F. McNeil

1

1  ("Plaintiffs") filed the above-captioned complaint in this Court ("Complaint");

2  WHEREAS, on October 8, 2013, the Court issued an Order Setting Initial
3  Case Management and ADR Deadlines setting the initial case management
4  conference for January 8, 2014 at 10:00 AM (Dkt. No. 5);

5  WHEREAS, on October 31, 2013, Defendant Symmetricom, Inc.
6  ("Symmetricom") and Plaintiffs (together, "the Parties") agreed that Symmetricom's
7  answer or motion under Rule 12 must be filed by December 30, 2013;

8  WHEREAS, Symmetricom agreed to file a motion to dismiss all claims
9  against it on or before December 30, 2013;

10  WHEREAS, on December 13, 2013, the Parties filed a Stipulation and
11  Proposed Order to postpone the January 8, 2014 initial case management conference
12  and a continuance of the ADR Deadlines (Dkt. No. 15) in view of Symmetricom's
13  forthcoming motion to dismiss;

14  WHEREAS, on December 16, 2013, the Court entered an Order modifying
15  the date of the initial case management conference to February 12, 2014 at 10:00
16  AM and granted a continuance of the ADR Deadlines (Dkt. No. 16);

17  WHEREAS, on or around December 20, 2013, Symmetricom retained new
18  counsel from the firm of Lee Tran Liang & Wang LLP (Notices of Appearances
19  Dkt. Nos. 17, 19, 20);

20  WHEREAS, on December 24, 2013, the Parties stipulated to a 30-day
21  extension for Symmetricom to file a responsive pleading to the Complaint on or
22  before January 29, 2014 (Dkt. No. 18);

23  WHEREAS, on December 26, 2013, the Court issued an Order continuing the
24  CMC until March 12, 2014 (Dkt. No. 21);

25  WHEREAS, on January 29, 2014, Symmetricom filed a Motion to Dismiss,
26  the Plaintiffs' opposition to which comes due on February 12, 2014, and which was

2

STIPULATION AND [~~PROPOSED~~] ORDER TO
EXTEND DEADLINE TO OPPOSE MOTION
TO DISMISS AND CONTINUE CASE
MANAGEMENT CONFERENCE
Case No. 3:13-cv-04662 (NC)

noticed for motion hearing set for March 19, 2014 (Dkt. No. 25);

WHEREAS, the Plaintiffs have requested and received the consent of Symmetricom to stipulate to a fourteen (14) day extension of time within which to file their opposition to the Motion to Dismiss.

IT IS THEREFORE STIPULATED AND AGREED, by and among the Parties and their respective counsel of record, that:

1. Plaintiffs shall file their opposition to the Motion to Dismiss on or before February 26, 2014, and the hearing date for the motion will be continued to April 2, 2014, at 1:00 PM;
2. The initial case management conference in this matter currently scheduled for March 12, 2014, at 3:00 PM shall be continued until after the Court rules on the Motion to Dismiss;
3. All other deadlines set forth in the Court's Order Setting Initial Case Management Conference and ADR Deadlines be continued accordingly.

Dated:  February 8, 2014

**ROSS BABBITT CO LPA**

By:  /s/ Ross M. Babbitt
Ross M. Babbitt (*pro hac vice*)
700 West St. Clair Avenue
Hoyt Block, Suite 200
Cleveland, OH 44113
Telephone: (216) 623-6346
Facsimile: (216) 274-9683

MAHANY & ERTL
Brian Howard Mahany (*pro hac vice*)
P.O. Box 511328
Milwaukee, WI 53202

3

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO OPPOSE MOTION TO DISMISS AND CONTINUE CASE MANAGEMENT CONFERENCE**
Case No. 3:13-cv-04662 (NC)

STEBURG LAW FIRM
Anita L. Steburg, Bar No. 245933
1798 Technology Drive, Suite 258
San Jose, CA 95110

*Attorneys for Plaintiffs TODD S. GLASSEY and MICHAEL E. MCNEIL*

Dated: February 8, 2014

**LEE TRAN LIANG & WANG LLP**

By: /s/ Heather F. Auyang
Enoch H. Liang, Bar No. 212324
Heather F. Auyang, Bar, No. 191776
Lisa J. Chin, Bar No. 259793
601 South Gateway Blvd., Suite 1010
South San Francisco, CA 94080
Telephone: (650) 241-2140
Facsimile: (213) 612-3773

*Attorneys for Defendant SYMMETRICOM, INC.*

[~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Case Management Conference is continued to April 23, 2014 at 10:00 a.m.

Dated: _____February 10_____, 2014   _____
The Honorable Nathanael Cousins
Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

4

STIPULATION AND [PROPOSED] ORDER TO
EXTEND DEADLINE TO OPPOSE MOTION
TO DISMISS AND CONTINUE CASE
MANAGEMENT CONFERENCE
Case No. 3:13-cv-04662 (NC)