UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TODD S. GLASSEY and MICHAEL E. MCNEIL,<br><br>         Plaintiffs,<br><br>    v.<br><br>SYMMETRICOM, INC.,<br><br>         Defendant. | Case No. 13-cv-04662 NC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 42, 43 |

Plaintiffs' unopposed request that the Court order this case dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) is GRANTED. *See* Dkt. Nos. 42, 43. The clerk is ordered to terminate case No. 13-cv-04662 NC.

IT IS SO ORDERED.

Date: May 6, 2014

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 13-cv-04662 NC
ORDER DISMISSING CASE